AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Sands, Willie L. | 2. Court or Organization<br><br>District Court Middle Georgia | 3. Date of Report<br><br>12/08/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

C. B. King U. S. Courthouse
201 West Broad Avenue
Albany, Georgia 31701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Mercer University |
| 2. | Trustee | Walter F. George School of Law Foundation, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 12/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Raycom Media, Inc - Salary |
| 2. | 2016 | Self-employed, Singer/Performer |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SouthEastern White Collar Conference | September 7-9, 2016 | Braseltown, GA | Member Presentation Panel for CLE program | Portion of meals, lodging and mileage |
| 2. | The Just the Beginning Biennial Judicial Conference | September 15-18, 2016 | New York, NY | Biennial Judicial Conference | Portion of meals, lodging and transportation (Ford Foundation; Fordham Law School; Schiff Hardin, LLP) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Richard Neuwirth | personal loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 12/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Interest Checking | A | Interest | J | T | | | | | |
| 2. E*Trade Clearing LLC Brokerage (H) | A | Dividend | K | T | | | | | |
| 3. AAPL common | A | Dividend | J | T | | | | | |
| 4. EKSO common | | None | J | T | | | | | |
| 5. EKSO common | | None | J | T | Buy (add'l) | 08/09/16 | J | | |
| 6. IDCC common | A | Dividend | J | T | | | | | |
| 7. ORBC common | | None | J | T | | | | | |
| 8. PCRFY ADR | A | Dividend | J | T | | | | | |
| 9. PCRFY ADR | A | Dividend | J | T | Buy (add'l) | 04/15/16 | J | | |
| 10. SENY common | | None | K | T | | | | | |
| 11. SENY common | | None | J | T | Buy (add'l) | 01/19/16 | J | | |
| 12. SENY common | | None | J | T | Buy (add'l) | 02/05/16 | J | | |
| 13. SENY common | | None | J | T | Buy (add'l) | 02/08/16 | J | | |
| 14. SENY common | | None | J | T | Buy (add'l) | 02/09/16 | J | | |
| 15. SENY common | | None | J | T | Buy (add'l) | 02/26/16 | J | | |
| 16. SENY common | | None | J | T | Buy (add'l) | 02/26/16 | J | | |
| 17. SENY common | | None | J | T | Buy (add'l) | 02/29/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 12/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SENY common | | None | J | T | Buy (add'l) | 02/29/16 | J | | |
| 19. SENY common | | None | J | T | Buy (add'l) | 03/01/16 | J | | |
| 20. SENY common | | None | J | T | Buy (add'l) | 03/03/16 | J | | |
| 21. SENY common | | None | J | T | Buy (add'l) | 03/04/16 | J | | |
| 22. SENY common | | None | J | T | Buy (add'l) | 03/04/16 | J | | |
| 23. SENY common | | None | J | T | Buy (add'l) | 03/10/16 | J | | |
| 24. SENY common | | None | J | T | Buy (add'l) | 03/10/16 | J | | |
| 25. SENY common | | None | J | T | Buy (add'l) | 10/12/16 | J | | |
| 26. SENY common | | None | J | T | Buy (add'l) | 10/14/16 | J | | |
| 27. SENY common | | None | J | T | Buy (add'l) | 10/17/16 | J | | |
| 28. SENY common | | None | J | T | Buy (add'l) | 10/17/16 | J | | |
| 29. SENY common | | None | J | T | Buy (add'l) | 10/17/16 | J | | |
| 30. SENY common | | None | J | T | Buy (add'l) | 10/25/16 | J | | |
| 31. SENY common | | None | J | T | Buy (add'l) | 11/02/16 | J | | |
| 32. SENY common | | None | J | T | Buy (add'l) | 11/03/16 | J | | |
| 33. SENY common | | None | J | T | Buy (add'l) | 11/21/16 | J | | |
| 34. SENY common | | None | J | T | Buy (add'l) | 12/22/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UEC common | | None | J | T | | | | | |
| 36. UEC common | | None | J | T | | | | | |
| 37. UEC common | | None | J | T | | | | | |
| 38. UEC common | | None | J | T | Buy (add'l) | 05/02/16 | J | | |
| 39. UEC common | | None | J | T | Buy (add'l) | 08/02/16 | J | | |
| 40. XOMA common | | None | | | Sold | 06/22/16 | J | | |
| 41. XOMA common | | None | | | Sold | 06/22/16 | J | | |
| 42. XOMA common | | None | | | Sold | 06/22/16 | J | | |
| 43. XOMA common | | None | | | Sold | 06/22/16 | J | | |
| 44. XOMA common | | None | | | Sold | 06/22/16 | J | | |
| 45. SBOT common | | None | | | Sold | 04/05/16 | J | | |
| 46. OA common | A | Dividend | J | T | | | | | |
| 47. VSTO common | | None | J | T | | | | | |
| 48. FCAU NV | A | Dividend | | | Sold | 06/22/16 | J | | |
| 49. FCAU NV | A | Dividend | | | Sold | 06/22/16 | J | | |
| 50. BABA ADR | | None | J | T | | | | | |
| 51. PMTS common | A | Dividend | | | Sold | 06/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. QRVO common | | None | J | T | | | | | |
| 53. CCGI (x) common | | None | J | T | Buy | 08/16/16 | J | | |
| 54. CCGI common | | None | J | T | Buy (add'l) | 09/02/16 | J | | |
| 55. CCGI common | | None | J | T | Buy (add'l) | 12/30/16 | J | | |
| 56. EVSI (x) common | | None | J | T | Buy | 08/12/16 | J | | |
| 57. EVSI common | | None | J | T | Buy (add'l) | 09/02/16 | J | | |
| 58. EVSI common | | None | J | T | Buy (add'l) | 10/13/16 | J | | |
| 59. EXK (x) common | | None | J | T | Buy | 06/24/16 | J | | |
| 60. EXK common | | None | | | Buy (add'l) | 06/28/16 | J | | |
| 61. EXK common | | None | | | Buy (add'l) | 06/29/16 | J | | |
| 62. EXK common | | None | | | Buy (add'l) | 07/01/16 | J | | |
| 63. EXK common | | None | | | Sold | 09/01/16 | J | A | |
| 64. ▓▓▓ (LINC (x) common) | | None | J | T | Buy | 03/30/16 | J | | |
| 65. PMTS (x) common | A | Dividend | J | T | Buy | 05/10/16 | J | | |
| 66. PMTS common | A | Dividend | | | Buy (add'l) | 06/02/16 | J | | |
| 67. PMTS common | A | Dividend | | | Buy (add'l) | 06/09/16 | J | | |
| 68. PMTS common | | None | | | Sold | 06/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 12/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. RACE (x) N V | A | Dividend | J | T | Spinoff (from line 48) | 01/06/16 | J | | |
| 70. SUNE (x) common | | None | J | T | Buy | 02/12/16 | J | | |
| 71. SUNE common | | None | | | Buy (add'l) | 02/23/16 | J | | |
| 72. SUNE common | | None | | | Sold | 03/29/16 | J | | |
| 73. TRXC (x) common | | None | J | T | Buy | 01/27/16 | J | | |
| 74. TRXC common | | None | | | Buy (add'l) | 03/07/16 | J | | |
| 75. TRXC common | | None | | | Buy (add'l) | 04/05/16 | J | | |
| 76. TRXC common | | None | | | Sold | 04/25/16 | J | | |
| 77. Evertrade Direct Brokerage(x) | | Dividend | | | | | | | |
| 78. -ACIA(x) common | | None | J | T | Buy | 09/14/16 | J | | |
| 79. -ACIA common | | None | | | Sold | 10/13/16 | J | | |
| 80. -AMWD(x) common | | None | J | T | Buy | 09/06/16 | J | | |
| 81. -AMWD common | | None | | | Sold | 09/12/16 | J | | |
| 82. -AMKR(x) common | | None | J | T | Buy | 09/26/16 | J | | |
| 83. -AMKR common | | None | | | Sold | 12/02/16 | J | A | |
| 84. -BGC(x) common | | None | J | T | Buy | 12/12/16 | J | | |
| 85. -BREW(x) common | | None | J | T | Buy | 12/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 12/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -PLAY(x) common | | None | J | T | Buy | 07/12/16 | J | | |
| 87. -PLAY common | | None | | | Sold | 08/03/16 | J | | |
| 88. -EXAS(x) common | | None | J | T | Buy | 07/05/16 | J | | |
| 89. -EXAS common | | None | | | Sold | 07/29/16 | J | A | |
| 90. -FNSR(x) common | | None | J | T | Buy | 10/17/16 | J | | |
| 91. -FNSR common | | None | | | Sold | 11/01/16 | J | | |
| 92. -FSM(x) common | | None | J | T | Buy | 07/08/16 | J | | |
| 93. -FSM common | | None | | | Sold | 09/28/16 | J | | |
| 94. -ITW(x) common | A | Dividend | J | T | Buy | 06/22/16 | J | | |
| 95. -ITW common | A | Dividend | | | Sold | 06/28/16 | J | | |
| 96. -LNTH(x) common | | None | J | T | Buy | 10/26/16 | J | | |
| 97. -NMKTD(x) common | A | Distribution | J | T | Distributed (part) | 08/02/16 | J | A | |
| 98. -NMKTD common | | None | | | Sold | 12/23/16 | J | | |
| 99. -MEET(x) common | | None | J | T | Buy | 08/03/16 | J | | |
| 100. -MEET common | | None | | | Sold | 08/16/16 | J | | |
| 101. -NSU(x) common | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 102. -NSU common | A | Dividend | | | Sold | 10/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 12/08/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -PF(x) common | A | Dividend | J | T | Buy | 08/16/16 | J | | |
| 104. -PF common | A | Dividend | | | Sold | 11/14/16 | J | | |
| 105. -PTLA(x) common | | None | J | T | Buy | 08/17/16 | J | | |
| 106. -PTLA common | | None | | | Sold | 10/20/16 | J | | |
| 107. -QGEN(x) common | | None | J | T | Buy | 10/04/16 | J | | |
| 108. -QGEN common | | None | | | Sold | 10/26/16 | J | | |
| 109. -STI(x) common | A | Dividend | J | T | Buy | 11/02/16 | J | | |
| 110. -STX(x) common | | None | J | T | Buy | 12/01/16 | J | | |
| 111. -TX(x) ADR | | None | J | T | Buy | 07/19/16 | J | | |
| 112. -TX ADR | | None | | | Sold | 09/14/16 | J | | |
| 113. -TSLA(x) common | | None | J | T | Buy | 08/10/16 | J | | |
| 114. -TSLA common | | None | | | Sold | 09/02/16 | J | | |
| 115. -TSCO(x) common | | None | J | T | Buy | 06/24/16 | J | | |
| 116. -TSCO common | | None | | | Sold | 07/22/16 | J | A | |
| 117. -USPH(x) common | A | Dividend | J | T | Buy | 08/04/16 | J | | |
| 118. -USPH common | A | Dividend | | | Sold | 11/01/16 | J | | |
| 119. -WYNN(x) common | | None | J | T | Buy | 11/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 12/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -WYNN common | | None | | | Sold | 12/09/16 | J | A | |
| 121. -Kirkland Lake Gold COM NPV ISIN(x) common | A | Distribution | J | T | Spinoff (from line 97) | 12/06/16 | J | | |
| 122. -Kirkland Lake Gold COM NPV ISIN | | None | | | Distributed (part) | 12/13/16 | J | A | |
| 123. -Kirkland Lake Gold COM NPV ISIN common | | None | | | Sold | 12/29/16 | J | | |
| 124. Raycom Media, Inc 401(k) (x) | A | Int./Div. | L | T | | | | | |
| 125. Vanguard Total Bond Market Index I (x) | | None | J | T | | | | | |
| 126. Vanguard Target Retirement 2025 Inv (x) | | None | J | T | | | | | |
| 127. Sentinel Small Company I (x) | | None | K | T | | | | | |
| 128. Vanguard Equity Income Adm (x) | | None | J | T | | | | | |
| 129. Vanguard Mid-Cap Index Fund Instl (x) | | None | J | T | | | | | |
| 130. Victory Sycamore Small Co Opportunity I (x) | | None | J | T | | | | | |
| 131. WF/BlackRock S&P 500 Index CIT N (x) | | None | J | T | | | | | |
| 132. WF/BlackRock Intl Eq Index CIT N (x) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 12/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:
Line 64 - LINC became bankrupt in 2016 but is still listed in my account at 0.00 value.

Line 121 - NMKTD (Line 97), following a reverse split and merger, became Kirkland Lake Gold Com NPV ISIN (Line 123). This resulted in (1) distribution of cash in lieu of shares (shown in Line 122) and (2) stock (shown in Line 123). The cash in lieu of shares was a net loss.

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 12/08/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Willie L. Sands**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544